UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD MCCLINTON,

    Petitioner,

v.                           CASE NO. 3:05-cv-1305-J-32TEM

JAMES R. McDONOUGH,, et al.,

    Respondents.
_____/

## STATUS REPORT

COME NOW Respondents, by and through the undersigned assistant attorney general, and files this status report as ordered by this Court on December 18, 2008, stating as follows:

1. In the September 19, 2008 Order, this Court conditionally granted the Petitioner habeas relief on Ground 6, ordering either a new trial or an appeal. The Order permitted the State to chose whether a new trial or an appeal would be elected.

2. The State has attempted to expedite this matter by contacting the appropriate State's Attorney who would be responsible for re-trying this cause. The original prosecutor is not with the office. The State is currently in contact with several Assistant State's Attorneys who are determining whether the witnesses are available and who are otherwise in the process of familiarizing themselves with the case. With the upcoming

holidays, an additional period of time is requested, no less than thirty days, to re-try Petitioner or to initiate an appeal.

THEREFORE, inasmuch as the State is actively pursuing a retrial or appeal for Petitioner, an additional period of time within which to resolve this matter is requested.

WHEREFORE, for these reasons, Respondents ask this honorable Court for an additional thirty (30) days within which the State will file a notice of compliance.

> Respectfully submitted,
>
> BILL McCOLLUM
> ATTORNEY GENERAL
>
> /s/ Carmen F. Corrente
> Carmen F. Corrente
> ASSISTANT ATTORNEY GENERAL
> Fla. Bar #304565
> 444 Seabreeze Blvd.
> 5th Floor
> Daytona Beach, FL 32118
> TEL (386) 238-4990
> FAX (386) 238-4997
> Carmen.Corrente@myfloridalegal.com
>
> COUNSEL FOR RESPONDENTS

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 18, 2008 a true and correct copy of the above and forgoing Status Report has been electronically filed with the Clerk of the Court by using the CM/ECF system.  On the same date a copy of the motion and the notice of electronic filing have been furnished by U.S. mail to Petitioner Edward McClinton, DC#326905, South Bay Correctional Facility, 5600 U.S. Higway 27 South, South Bay, Florida 33493.

<u>/s/ Carmen F. Corrente</u>
Carmen F. Corrente
Of Counsel