UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


EDWARD MCCLINTON,

       Petitioner,


v.                            CASE NO. 3:05-cv-1305-J-32TEM

JAMES R. McDONOUGH,, et al.,

       Respondents.
_____/

## STATUS REPORT AND
## REQUEST FOR COURT ORDER

COME NOW Respondents, by and through the undersigned assistant attorney general, and files this motion for a court order in this cause, stating the following:

1.   In a September 19, 2008 Order, this Court conditionally granted the Petitioner habeas relief on Ground 6, ordering either a new trial or an appeal.  The Order permitted the State to chose whether a new trial or an appeal would be elected.

2.   The State has attempted to expedite this matter by contacting the appropriate State's Attorney who would be responsible for re-trying this cause.   The State has been unsuccessful in its attempt to institute a new prosecution.

3.   The State then contacted the local appellate Public Defender's Office to have them file a notice of appeal on Petitioner's behalf.   However, after consultation within said

Office of the Public Defender, it was determined they did not have the legal authority to file a notice until they are appointed to represent Petitioner.

4.   Because the notice of appeal should be filed at the trial level and because the Florida Office of the Attorney General has no inherent authority at the trial level to initiate an appeal or appointment of counsel on behalf of a defendant, it is respectfully requested that this Court simply issue an order directed to the circuit court in Orange County granting Petitioner a belated appeal in Orange County case CR-98-9050.

5.   Respectfully, as to the appointment of counsel, Petitioner should inform the trial court whether he desires to proceed *pro se* or whether he intends to hire private counsel.  If Petitioner again wishes to use the services of the Public Defender he must file an affidavit of indigency together with a request for the appointment of counsel in the trial court.

WHEREFORE, for these reasons, Respondents request this Honorable Court issue an order granting a belated appeal limited to Ground 6 of the habeas petition and directing that Petitioner and the trial court proceed accordingly.

> Respectfully submitted,
>
> BILL McCOLLUM
> ATTORNEY GENERAL
>
>
> /s/ Carmen F. Corrente
> Carmen F. Corrente
> ASSISTANT ATTORNEY GENERAL
> Fla. Bar #304565
> 444 Seabreeze Blvd.
> 5th Floor
> Daytona Beach, FL 32118
> TEL (386) 238-4990
> FAX (386) 238-4997
> Carmen.Corrente@myfloridalegal.com
>
> COUNSEL FOR RESPONDENTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2008 a true and correct copy of the above and forgoing Request for Court Order has been electronically filed with the Clerk of the Court by using the CM/ECF system.  On the same date a copy of the motion and the notice of electronic filing have been furnished by U.S. mail to Petitioner Edward McClinton, DC#326905, South Bay Correctional Facility, 5600 U.S. Highway 27 South, South Bay, Florida 33493.

> /s/ Carmen F. Corrente
> Carmen F. Corrente
> Of Counsel