UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD MCCLINTON,

        Petitioner,

v.                              Case No. 3:05-cv-1305-32TEM

WALTER A. MCNEIL,
et al.,

        Respondents.

**ORDER**

This case is before the Court on Respondents' Status Report. (Doc. 31.) It is hereby

**ORDERED:**

1. The Office of the Federal Public Defender is appointed to represent Petitioner for the limited purpose of ensuring that Petitioner receives the relief stated in the Court's September 19, 2008 Order. See Doc. 27.

2. No later than **February 23, 2009** the parties shall advise the Court of compliance with the Court's Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of January, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

c:
Edward McClinton
James Burke, Office of the Federal Public Defender
Counsel of Record