UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD MCCLINTON,

       Petitioner,

                                            Case No.  3:05-CV-1305-J-32TEM

v.

SECRETARY, DOC et al.,

       Respondent.
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to represent the Petitioner, **EDWARD MCCLINTON**, in the above-styled cause.

The Clerk is requested to enter the appearance of James T. Skuthan, Chief Assistant Federal Defender, as counsel for the Petitioner.

DATED this 29th day of January, 2009.

                                          DONNA LEE ELM
                                          FEDERAL DEFENDER

                                          /S/ *James T. Skuthan*
                                          James T. Skuthan
                                          Chief Assistant Federal Defender
                                          Florida Bar No. 0544124
                                          201 S. Orange Avenue, Suite 300
                                          Orlando, FL 32801
                                          Telephone: 407-648-6338
                                          Fax: 407-648-6095
                                          E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: **Carmen F. Corrente**, Assistant Attorney General, this the 29th day of January, 2009.

                                           /s/ **James T. Skuthan**
                                           Attorney for Petitioner